UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHELE CLARKE, TRICIA MULLINS and KRISTI WINGER SZUDLO,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>AEGERION PHARMACEUTICALS, INC., *et al.*,<br><br>　　　　　　　Defendants. | No. 13-cv-11785-IT<br><br>**FILED IN CAMERA<br>AND UNDER SEAL** |

### UNITED STATES' NOTICE OF INTERVENTION

The United States, the relators, and the defendant, Aegerion Pharmaceuticals, Inc., have reached a settlement agreement to resolve the claims in this action against Aegerion Pharmaceuticals, Inc. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its intervention as to the defendant, Aegerion Pharmaceuticals, Inc.

Dated: September 22, 2017

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:  /s/ Kriss Basil
Kriss Basil, BBO# 673074
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
kriss.basil@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing application to be served by email, as agreed, on relators' counsel.

By: /s/ Kriss Basil
Kriss Basil
Assistant United States Attorney