## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA and THE
STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
IOWA, LOUISIANA, MARYLAND,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW JERSEY, NEW MEXICO,
NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, WASHINGTON and
WISCONSIN; THE COMMONWEALTHS OF
MASSACHUSETTS and VIRGINIA, and THE
DISTRICT OF COLUMBIA, *ex rel.* MICHELE
CLARKE, TRICIA MULLINS, and KRISTI
WINGER SZUDLO,

        Plaintiffs,

      v.

AEGERION PHARMACEUTICALS, INC.,
MARC BEER, MELANIE DETLOFF,
WILLIAM DULL, GREG FENNER, MARK
FITZPATRICK, CRAIG FRASER, JAMES
FRIGGE, DANIEL RADER, DAVID
SCHEER, MARK SUMERAY, and THE
TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

        Defendants.

Civil Action No. 1:13-cv-11758-IT

*11785*

## ORDER

THIS MATTER comes before the Court on the Relators' and Defendant Aegerion's Joint

Motion to Stay [All] Defendants' Responses to the Second Amended Complaint and All Discovery [#71] (the "Joint Motion"). For the reasons stated in the Joint Motion, the court finds just cause to allow the motion, pending further order of the court, as to Defendant Aegerion's obligation to respond to the Second Amended Complaint. The court does not find cause to stay the action as to the remaining defendants, who have not yet been served and who have not joined the Joint Motion.

ACCORDINGLY,

1. Defendant Aegerion's obligation to respond to the Second Amended Complaint is stayed pending further order of the court.

2. Relators and Aegerion shall file a status report with this Court apprising the Court of the status of settlement, within six (6) months from the date of this Order, unless the Relators and the United States have filed a stipulation of dismissal signed by all parties who have appeared or Relators and/or the United States have filed a motion requesting dismissal of Aegerion by such date.

3. This action is not otherwise stayed and Relators shall complete service of the Second Amended Complaint as required by Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Date: 10/27/2017

_____
United States District Judge