UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHELE CLARKE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AEGERION PHARMACEUTICALS, INC., *et al.*,<br>　　　　Defendants. | Civil Action No. 1:13-cv-11785-IT |

## JOINT STATUS REPORT

Plaintiff-Relators Michele Clarke, Tricia Mullins, and Kristi Winger Szudlo ("Relators"); Defendants Marc Beer, Melanie Detloff, William Dull, Greg Fenner, Mark Fitzpatrick, Craig Fraser, James Frigge, and Mark Sumeray ("Defendants"); and the United States of America hereby submit this Joint Status Report as requested by the Court in its November 6, 2019 Electronic Order (Dkt. 245).

1. On September 23, 2019, Relators and Defendants participated in an all-day mediation with the assistance of Jed D. Melnick, Esq. of JAMS. At that time, the parties reached an agreement in principle to settle this case.

2. Relators and Defendants have executed a formal settlement agreement and sought the consent of the United States to the dismissal of this case.

3. Based on the settlement agreement, the United States has informed the parties that the United States, pursuant to 31 U.S.C. § 3730(b)(1), consents to the dismissal of Relators' claims as set forth in this action with prejudice as to Relators and otherwise without prejudice as to the United States.

4. Under the terms of the settlement agreement, Defendants must pay the settlement amount within ten (10) business days (the "Settlement Payment").

5. Upon the United States' receipt of the Settlement Payment, the Relators and Defendants will file a Joint Stipulation of Dismissal and proposed Order.

6. In addition, Relators and the United States have reached an agreement concerning Relators' entitlement to a share of the Settlement Payment to the United States pursuant to 31 U.S.C. §3730(d)(2). Relators and the United States expect to file that stipulation contemporaneously with the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this Status Report for the Court's consideration. The parties anticipate filing the final documents seeking dismissal of this case on or after December 18, 2019.

| | |
|---|---|
| Dated: December 5, 2019 | Respectfully submitted, |
| *Plaintiffs-Relators, Michele Clarke, Tricia Mullins, and Kristi Winger Szudlo* | *Defendant, Marc Beer* |
| By their Attorneys: | By his Attorneys: |
| /s/ Patrick T. Egan | /s/ R.J. Cinquegrana |
| Bryan A. Wood (BBO #648414)<br>Patrick T. Egan (BBO #637477)<br>Stephen Ryan, Jr. (BBO #669727)<br>**Berman Tabacco**<br>One Liberty Square<br>Boston, MA  02109<br>Tel.: 617-542-8300<br>Fax: 617-542-1194<br>bwood@bermantabacco.com<br>pegan@bermantabacco.com<br>sryan@bermantabacco.com | R.J. Cinquegrana (BBO# 084100)<br>Melissa Bayer Tearney (BBO #558612)<br>Sara K. Frank (BBO #693865)<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, MA  02110<br>Tel.: (617) 248-5000<br>Fax: (617) 248-4000<br>rcinquegrana@choate.com<br>mtearney@choate.com<br>sfrank@choate.com |
| *(continued)* | *(continued)* |

<table>
<tr><td>

Royston H. Delaney (BBO#655666)
Ilyas J. Rona (BBO#642964)
**Delaney Kester LLP**
50 Congress Street
Suite 600
Boston, MA  02109
Tel: (857) 498-0384
royston@delaneykester.com
ilyas@delaneykester.com

-and-

Charles F. Kester
**Delaney Kester LLP**
4505 Las Virgenes Road
Suite 203
Calabasas, CA  91302
Tel: (818) 974-8627
charles@delaneykester.com


*ANDREW E. LELLING*
*United States Attorney*

By: */s/ Gregg D. Shapiro*
Gregg D. Shapiro (BBO #642069)
Assistant United States AttorneyJohn Joseph Moakley CourthouseOne Courthouse WaySuite 9200Boston, MA 02210
Tel: (617) 748-3100
gregg.shapiro@usdoj.gov

</td><td>

*Defendants, James Frigge and Melanie Detloff*

By their Attorney:

*/s/ Peter K. Levitt*
Peter K. Levitt (BBO #565761)
Erica T. Spencer (BBO #651967)
**Donnelly, Conroy & Gelhaar, LLP**
260 Franklin Street
Suite 1600
Boston, MA  02110
Tel.: (617) 720-2880
pkl@dcglaw.com


*Defendant, William Dull*

By his Attorneys:

*/s/ Frank A. Libby*
Frank A. Libby, Jr. (BBO #299110)
Joseph B. Hernandez (BBO #704223)
**LibbyHoopes, P.C.**
399 Boylston Street
Suite 600
Boston, MA  02116
Tel.: (617) 338-9300
Fax: (617) 338-9911
falibby@libbyhoopes.com
jbhernandez@libbyhoopes.com


*Defendant, Greg Fenner*

By his Attorneys:

*/s/ Michael J. Pineault*
Michael J. Pineault (BBO #555314)
**Clements & Pineault, LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel.: (857) 445-0135
Fax: (857) 366-5404
mpineault@clementspineault.com

</td></tr>
</table>

*Defendants, Mark Fitzpatrick and Mark Sumeray*

By their Attorneys:

*/s/ Jonathan L. Kotlier*
Jonathan L. Kotlier (BBO #545491)
Ian Roffman (BBO #637564)
**Nutter McClennen & Fish LLP**
155 Seaport Boulevard
Boston, MA  02210
Tel.: (617) 439-2000
Fax: (617) 310-9000
jkotlier@nutter.com
iroffman@nutter.com


*Defendant, Craig Fraser*

By his Attorneys:

*/s/ Gregory F. Noonan*
William H. Kettlewell (BBO #270320)
Gregory F. Noonan (BBO #651035)
Julia W. McLetchie (BBO #671106)
**Hogan Lovells US LLP**
100 High Street
20th Floor
Boston, MA  02110
Tel.: (617) 371-1000
Fax: (617) 371-1037
bill.kettlewell@hoganlovells.com
gregory.noonan@hoganlovells.com
julia.mcletchie@hoganlovells.com

## CERTIFICATE OF SERVICE

I certify that on December 5, 2019, a true and correct copy of the foregoing document was served electronically through the ECF system on all counsel of record.

                                                     */s/ Patrick T. Egan*
                                                    Patrick T. Egan

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that on or before December 5, 2019, I conferred with counsel for the Defendants and the United States regarding this Joint Status Report.

                                                     */s/ Patrick T. Egan*
                                                    Patrick T. Egan