UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA *ex rel.* MICHELE CLARKE, *et al.*,

Plaintiffs,

v.

AEGERION PHARMACEUTICALS, INC., *et al.*,

Defendants.

Civil Action No. 1:13-cv-11785-IT

**STIPULATION AND ORDER OF SETTLEMENT BETWEEN THE UNITED STATES AND RELATORS**

WHEREAS, this Stipulation and Order of Settlement and Release (the "Stipulation") is entered into between the United States of America (the "United States") and Relators Michele Clarke, Tricia Mullins, and Kristi Winger Szudlo (collectively, "Relators"), through their authorized representatives.

WHEREAS, on July 26, 2013, Relators filed the above-captioned action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b). Relators amended that complaint twice: first, on March 18, 2014, adding Defendants Marc Beer, Greg Fenner and Craig Fraser; and second, on September 27, 2017, adding Defendants Melanie Detloff, William Dull, Mark Fitzpatrick, James Frigge and Mark Sumeray in their Second Amended Complaint (the "Action"). Collectively "Defendants" refers to Defendants Beer, Detloff, Dull, Fenner, Fitzpatrick, Fraser, Frigge and Sumeray.[1]

WHEREAS, by order entered March 1, 2018, the United States and Relators dismissed the complaint against Aegerion under Rule 41(a) of the Federal Rules of Civil Procedure and 31

[1] Daniel Rader, M.D., the Trustees of the University of Pennsylvania, and David Scheer were named as defendants in the Second Amended Complaint, but subsequently dismissed from this Action.

U.S.C. § 3730(b)(1), consistent with the terms and conditions of a Settlement Agreement executed by the United States, Relators, and Aegerion dated September 22, 2017 (the "Aegerion Settlement Agreement").

WHEREAS, the United States declined to intervene in the Action against the Defendants on February 20, 2018, and Relators have since proceeded with this litigation consistent with 31 U.S.C. § 3730(c)(3).

WHEREAS, on December 4, 2019, Relators and Defendants entered into a settlement agreement resolving Relators' claims in this action (the "Settlement Agreement"), which provides for, among other things, a payment by Defendants to the United States in the amount of $6,500,000.00 (the "Settlement Amount").

WHEREAS, Relators claim entitlement under 31 U.S.C. §3730(d)(2) to a share of the Settlement Amount paid to the United States.

WHEREAS, the United States and Relators hereto mutually desire to reach a full and final compromise of the Relators' Claim against the United States for a portion of the Settlement Amount, pursuant to the terms set forth below.

NOW, THEREFORE, in reliance on the representations contained herein and in consideration of the mutual promises, covenants, and obligations in this Stipulation, and for good and valuable consideration, receipt of which is hereby acknowledged, the United States and Relators agree as follows:

1. Conditioned on receipt of the Settlement Amount from Defendants, the United States will pay Relators 27.5% of the Settlement Amount, for a total of $1,787,500.00 (the "Relators' Share").
2. Relators agree that the Settlement Agreement and this Stipulation are fair, adequate, and reasonable under all circumstances.

3. In agreeing to accept payment of the Relators' Share, and upon payment thereof and upon receipt of the payments described in the Aegerion Settlement Agreement, Relators for themselves and their heirs, successors, attorneys, agents, and assigns release and are deemed to have released and forever discharge the United States, and its agencies, officers, employees, servants, and agents, from any claims pursuant to 31 U.S.C. § 3730 for a share of the Settlement Amount, and from any and all claims against the United States, and its agencies, officers, employees, servants, and agents, arising from or relating to the allegations in the Relators' complaint or amended complaints.
4. This Stipulation does not resolve or in any manner affect any claims the United States has or may have against Relators arising under U.S. Code, Title 26 (Internal Revenue Code), or any claims arising under this Stipulation.
5. This Stipulation is intended to be for the benefit of the United States and Relators only.
6. Each party and signatory to this Stipulation represents that it freely and voluntarily enters into this Stipulation without any degree of duress or compulsion.
7. This Stipulation shall become final, binding, and effective only upon entry by the Court.
8. This Stipulation shall be governed by the laws of the United States. The United States and Relators agree that the exclusive jurisdiction and venue for any dispute arising under this Stipulation shall be the United States District Court for the District of Massachusetts.
9. This Stipulation may not be amended except by written consent of the Parties.
10. The undersigned counsel represent and warrant that they are fully authorized to execute this Stipulation on behalf of the persons and entities indicated below.
11. This Stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulation.

**THE UNITED STATES OF AMERICA**

DATED: 12/19/2019 BY: */s/ Gregg Shapiro*
**GREGG SHAPIRO**
Assistant United States Attorney
for the District of Massachusetts

**RELATORS**

DATED: ______________ BY: ______________________________
**MICHELE CLARKE**

DATED: ______________ BY: ______________________________
**TRICIA MULLINS**

DATED: ______________ BY: ______________________________
**KRISTI WINGER SZUDLO**

DATED: 12/6/2019 BY: */s/ Patrick T. Egan*
**PATRICK T. EGAN**
Berman Tabacco
Counsel for Relators

DATED: ______________ BY ______________________________
**ROYSTON H. DELANEY**
**CHARLES F. KESTER**
Delaney Kester LLP
Counsel for Relators

SO ORDERED:

Dated:_______

______________________________
Hon. Indira Talwani
United States District Judge

**THE UNITED STATES OF AMERICA**

DATED: ______________ BY: ________________________________

**GREGG SHAPIRO**
Assistant United States Attorney
for the District of Massachusetts

**RELATORS**

DATED: 12-6-19 BY: Michele Clarke

**MICHELE CLARKE**

DATED: ______________ BY: ________________________________

**TRICIA MULLINS**

DATED: 12-5-2019 BY: Kristi Winger Szudlo

**KRISTI WINGER SZUDLO**

DATED: ______________ BY: ________________________________

**PATRICK T. EGAN**
Berman Tabacco
Counsel for Relators

DATED: ______________ BY ________________________________

**ROYSTON H. DELANEY**
**CHARLES F. KESTER**
Delaney Kester LLP
Counsel for Relators

SO ORDERED:

Dated:________

________________________________
Hon. Indira Talwani
United States District Judge

**THE UNITED STATES OF AMERICA**

DATED: ______________ BY: ______________________________

**GREGG SHAPIRO**
Assistant United States Attorney
for the District of Massachusetts

**RELATORS**

DATED: ______________ BY: ______________________________

**MICHELE CLARKE**

DATED: 12/2/19 BY: ______________________________

**TRICIA MULLINS**

DATED: ______________ BY: ______________________________

**KRISTI WINGER SZUDLO**

DATED: ______________ BY: ______________________________

**PATRICK T. EGAN**
Berman Tabacco
Counsel for Relators

DATED: ______________ BY ______________________________

**ROYSTON H. DELANEY**
**CHARLES F. KESTER**
Delaney Kester LLP
Counsel for Relators

SO ORDERED:

Dated:_______

______________________________
Hon. Indira Talwani
United States District Judge

**THE UNITED STATES OF AMERICA**

DATED: ______________ BY: ______________________________

**GREGG SHAPIRO**
Assistant United States Attorney
for the District of Massachusetts

**RELATORS**

DATED: ______________ BY: ______________________________

**MICHELE CLARKE**

DATED: ______________ BY: ______________________________

**TRICIA MULLINS**

DATED: ______________ BY: ______________________________

**KRISTI WINGER SZUDLO**

DATED: ______________ BY: ______________________________

**PATRICK T. EGAN**
Berman Tabacco
Counsel for Relators

DATED: 12/4/19 BY ______________________________

**ROYSTON H. DELANEY**
**CHARLES F. KESTER**
Delaney Kester LLP
Counsel for Relators

SO ORDERED:

Dated:_______

______________________________
Hon. Indira Talwani
United States District Judge

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I certify that on December 19, 2019, I conferred with counsel for the United States of America regarding this Stipulation and Proposed Order and have received consent to place an electronic signature on this Stipulation as reflected herein.

*/s/ Patrick T. Egan*
Patrick T. Egan

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019, a true and correct copy of the foregoing document was served electronically through the ECF system on all counsel of record.

*/s/ Patrick T. Egan*
Patrick T. Egan